■ GEORGE P. YOCUM et al., Respondents, v. GORDON A. DAVIS, INC., et al., Appellants.— Motion granted, order dismissing appeal vacated; appeal dismissed unless printed records and briefs are filed and served on or before December 1, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD JOHN SIMARI, Appellant.— Motion granted and time for argument of appeal enlarged to include January 1960 Term. Application by Bernard M. Glichowski granted to the extent of dispensing with submitting the $1,600 cash upon the appeal as an exhibit, provided however that the wrappers of the money shall be retained by the District Attorney and handed up on the appeal, together with a list of the denominations of the bills and the serial numbers, and otherwise motion denied without prejudice to an application to the trial court.

■ In the Matter of PHILIP GOLDFINGER, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Stay of operative effect of the revocation order of October 2, 1959, continued pending the hearing and determination of the review proceeding. The stay shall not prejudice or bar the Authority from using any information or evidence in support of its denial of a renewal, which it is advised to use, whether or not it includes any of the material introduced by it in the proceeding leading to the revocation order. The proceeding for review of the revocation order in this court may be heard upon one typewritten copy of the proceedings heretofore filed in this court and five typewritten copies of the new findings of fact, and five typewritten copies of the briefs. Request for additional relief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME DOOLING and CLARA M. DOOLING, Appellants.— Motion granted and time for argument of appeal enlarged to include January 1960 Term of court, and application to appeal on original and five typewritten copies of record and brief granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE STANLEY BAUM, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY WIECZOREK, Appellant.— Motion granted to appeal on certified copy of judgment roll, etc., and Jay E. Brett, Esq. of Niagara Falls assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JOHN RICKERSON, Appellant.— Motion to reargue motion to appeal as a poor person and for other relief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES JOHNSON, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to reargue motion to appeal as a poor person and for other relief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CECIL O. RODENBERGER, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE H. MOORE, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to reargue motion to appeal as a poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. LISS, Appellant.— Motion granted and time for argument of appeal enlarged to include January 1960 Term.